UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DACHELL STINE McGHEE, | No. 1:18-cv-01583-GSA |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | **(Doc. 17)** |

On August 20, 2019, Plaintiff and Defendant stipulated to Plaintiff's voluntary dismissal of the above-captioned case pursuant to F.R.Civ.P. 41(a)(1)(A)(ii). Doc. 17. Accordingly, the Clerk of Court is hereby directed to close the case.


IT IS SO ORDERED.

   Dated: __**August 22, 2019**__             __/s/ Gary S. Austin__
                                                                         UNITED STATES MAGISTRATE JUDGE